UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE BERMAN

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

DASHAWN WALTERS,
    a/k/a "Badass,"
JAMAR DAVIS,
    a/k/a "Bear,"

            Defendants.

- - - - - - - - - - - - - - - - - - x

SEALED INDICTMENT

16 Cr.

16 CRM 339

## COUNT ONE

The Grand Jury charges:

1.  On or about February 18, 2015, in the Southern District of New York, DASHAWN WALTERS, a/k/a "Badass," and JAMAR DAVIS, a/k/a "Bear," the defendants, knowingly, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, a conspiracy to distribute and possess with intent to distribute a quantity of mixtures and substances containing a detectable amount of cocaine base, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was discharged, to wit, DAVIS aided WALTERS in locating another

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-16

individual, whom WALTERS then shot in the back of the leg, in the vicinity of 267 East Tremont Avenue in the Bronx, New York.

(Title 18, United States Code,
Sections 924(c)(1)(A)(iii) and 2.)

FOREPERSON                   5/16/16

PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DASHAWN WALTERS, a/k/a "Badass,"
JAMAR DAVIS, a/k/a "Bear,"

Defendants.

**SEALED INDICTMENT**

16 Cr.

(Title 18, United States Code,
Sections 924(c)(1)(A)(iii) and 2.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____ 5/16/16
Foreperson.

5/16/16 Pld Fnd Under Sealed A/w issued.
Mag Judge Moses